# Order

**Michigan Supreme Court**
**Lansing, Michigan**

May 28, 2013

146663

Robert P. Young, Jr.,
Chief Justice

Michael F. Cavanagh
Stephen J. Markman
Mary Beth Kelly
Brian K. Zahra
Bridget M. McCormack
David F. Viviano,
Justices

PEOPLE OF THE STATE OF MICHIGAN,
      Plaintiff-Appellee,

v

      SC: 146663
      COA: 310119
      Monroe CC: 10-038252-FH

STEVEN EDWARD COSS,
      Defendant-Appellant.

_____/

On order of the Court, the application for leave to appeal the December 20, 2012 order of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

May 28, 2013



t0520

Clerk